THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  KRISTEN REETZ,                                        )  Case No. 2:17-cv-00084-JLR
                                                          )
10                           Plaintiff,                   )  **JOINT STIPULATED MOTION TO**
                                                          )  **SEAL ADMINISTRATIVE RECORD**
11     v.                                                 )
                                                          )  NOTED ON MOTION CALENDAR:
12  HARTFORD LIFE AND ACCIDENT                            )  September 22, 2017
    INSURANCE COMPANY,                                    )
13                                                        )
                             Defendant.                   )
14  _____                  )

15          Pursuant to Federal Rule of Civil Procedure 5.2(e) and Local Civil Rule 5(g), Plaintiff

16  Kristen Reetz and Defendant Hartford Life and Accident Insurance Company hereby stipulate

17  and respectfully ask the Court to authorize the administrative record to be maintained under seal

18  to protect Ms. Reetz's privacy interests and sensitive medical information contained in the record.

19                          **I. BACKGROUND & ARGUMENT**

20          In this ERISA case, Ms. Reetz seeks long-term disability benefits under a group insurance

21  policy.  The underlying administrative record in this ERISA case over 1,500 pages, and contains

22  extensive medical records and discussion of Ms. Reetz's medical conditions.

23          The Western District holds that—although Local Rule 5(g) establishes a "strong

24  presumption in favor of public access to the Court's files" and the Ninth Circuit recognizes a

25  "strong presumption of public access to documents attached to dispositive motions"—the "need

26  to protect medical privacy qualifies in general as a 'compelling reason'" to protect medical

27  records and to file them under seal. *Karpenski v. Am. Gen. Life Companies, LLC*, 2013 WL

JOINT STIPULATED MOTION TO SEAL ADMINISTRATIVE RECORD
(2:17-CV-00084-JLR) - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000 FAX: 206.223.7107

5588312, at *1 (W.D. Wash. Oct. 9, 2013) (quoting LCR 5(g) and *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)).   In *Karpenski*, Chief Judge Martinez determined the need to protect medical privacy qualifies as a "compelling reason" to grant a motion to seal even under the heightened "compelling reasons" standard applicable in the context of summary judgment motions.  *Id*.  *Karpenski* recognized that even if a plaintiff has put her health at issue in a lawsuit, she nonetheless remains entitled to the court's protection of sensitive medical information.  *Id*.; *see also Macon v. United Parcel Serv., Inc.*, 2013 WL 951013, at *5 (W.D. Wash. Mar. 12, 2013) (granting unopposed motion to seal medical records even where plaintiff failed to comply with LCR 5(g) given the "private nature of the documents at issue").  This approach has been followed by district courts throughout the Ninth Circuit.  *See, e.g., G. v. Hawaii*, 2010 WL 2607483 (D. Haw. 2010) (granting motion to seal, explaining that "[t]he need to protect medical privacy qualifies as a 'compelling reason.'"); *Lombardi v. TriWest Healthcare Alliance Corp.*, 2009 WL 1212170, at *1 (D. Ariz. 2009) (granting motion to seal documents that "contain sensitive personal and medical information"); *see also Skinner v. Ashan*, 2007 WL 708972, *2 (D.N.J. Mar. 2, 2007) (observing that medical records "have long been recognized as confidential in nature").

In this case, compelling reasons to grant this joint motion to seal exist because the administrative record contains extensive private medical records and discussion of Ms. Reetz's private medical information.  The parties have met and conferred in good faith about the privacy interests at issue, and they agree that sealing the administrative record is appropriate since redaction is not a reasonably feasible alternative due to the high volume of medical records and medical information contained throughout the record.   Hartford anticipates citing to the administrative record when it responds to Ms. Reetz's motion to supplement the administrative record (Dkt. 14), and the parties will also rely on the administrative record in connection with any cross-motions to resolve this case.

## II.  CONCLUSION

In light of the foregoing, the parties jointly ask the Court to grant this stipulated joint

JOINT STIPULATED MOTION TO SEAL ADMINISTRATIVE RECORD
(2:17-CV-00084-JLR) - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000 FAX: 206.223.7107

1    motion to seal and permit the administrative record to be maintained under seal in this case.

2    DATED:  September 25, 2017

3    LAW OFFICES OF MEL CRAWFORD

4

5    By   _s/ Mel Crawford (per e-mail authority)_
          Mel Crawford, WSBA No. 22930
6         melcrawford@melcrawfordlaw.com

7    Attorneys for Plaintiff Kristen Reetz

8

9    LANE POWELL PC

10

11   By   _s/ Stephania Denton_
          D. Michael Reilly, WSBA No. 14674
12        reillym@lanepowell.com
          Stephania Denton, WSBA No. 21920
13        dentons@lanepowell.com

14   Attorneys for Defendant Hartford Life and
     Accident Insurance Company
15

16

17                          **ORDER**

18        IT IS SO ORDERED.  The Court GRANTS the parties' joint stipulated motion to seal

19   the administrative record and ORDERS that the administrative record may be filed and/or

20   maintained under seal in this case.

21        DATED this 25th day of September , 2017.

22

23

24   Honorable James L. Robart
     United State District Court Judge
25

26

27

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

1

## CERTIFICATE OF SERVICE

2     Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the

3 laws of the State of Washington, that on the date listed below, the document attached hereto was

4 presented to the Clerk of the Court for filing and uploading to the CM/ECF system.  In accordance

5 with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-

6 mail notification of such filing to the following persons:

7

    Melton L. Crawford
8     The Law Office of Mel Crawford
    9425 35th Ave. N.E., Suite C
9     Seattle, WA  98115
    melcrawford@melcrawfordlaw.com

10

    Jeffrey Cowan
11     Law Office of Jeffrey Cowan
    1001 Fourth Avenue, Suite 3200
12     Seattle, WA 98154
13     1bosun@comcast.net

14

    Executed on the 22nd day of September, 2017, at Seattle, Washington.

15

16                       *s/ Lorrie Salinas*
17                       Lorrie Salinas, Legal Assistant

18

19

20

21

22

23

24

25

26

27

JOINT STIPULATED MOTION TO SEAL ADMINISTRATIVE RECORD
(2:17-CV-00084-JLR) - 4